JEFFREY T. MAKOFF (SBN 120004)
HEATHER A. LANDIS (SBN 267615)
KATHERINE KAO (SBN 267475)
VALLE MAKOFF LLP
2 Embarcadero Center, Suite 2370
San Francisco, California 94111
Telephone: (415) 986-8001
Facsimile: (415) 986-8003
Email: jmakoff@vallemakoff.com
 hlandis@vallemakoff.com
 kkao@vallemakoff.com

Attorneys for Defendants Jeffrey Immelt
and The Walt Disney Company, erroneously sued as
"The Walt Disney Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN M. HARRIS-SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY IMMELT, (in his official capacity) as Chairman of the Board of Directors of NBC Universal, and as CEO and Director of The General Electric Corporation; THE WALT DISNEY CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV 12-3509 PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

---

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE;
CASE NO. CV 12-3509 PJH

## ORDER

On July 6, 2012, plaintiff Helen M. Harris-Scott ("plaintiff") filed her Complaint (which she labeled "Amended Complaint") against defendants Jeffrey Immelt and The Walt Disney Company, erroneously sued as "The Walt Disney Corporation" (collectively "defendants").

On November 26, 2012, defendants filed their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

On January 29, 2013, this Court granted defendants' Motion and dismissed with prejudice all of plaintiff's claims for relief, except for plaintiff's claim for fraudulent business practices under Business and Professions Code § 17200.  The Court granted plaintiff leave to amend to plead her § 17200 claim with particularity no later than February 28, 2013.

Plaintiff did not file an amended Complaint within the time specified by the Court.

Accordingly, finding good cause therefor,

IT IS HEREBY ORDERED that:

Plaintiff's First Claim for Relief for Violation of California Business & Professions Code sections 17200, et. seq., is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that:

Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to all claims for relief, and a judgment of dismissal shall be entered pursuant to this Order.

**IT IS SO ORDERED.**

DATED: March 5, 2013



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge
Northern District of California

Presented by:

VALLE MAKOFF LLP

By:   /s/ *Jeffrey T. Makoff*
        Jeffrey T. Makoff
        Attorneys for Defendants
        The Walt Disney Company and
        Jeffrey Immelt